UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHAM LONG, JR., <br> Plaintiff(s), <br> v. <br> BRANDON HOLLIMAN, et al., <br> Defendant(s). | No. C09-5980 BZ <br><br> **ORDER REASSIGNING CASE** |

The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c). Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

**IT IS HEREBY ORDERED** that the Clerk shall immediately **REASSIGN** the above captioned case to Magistrate Judge Nandor Vadas. Judge Vadas sits in Eureka - 514 H Street, Eureka, California 95502.

DATED: January 6, 2010

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\LONG ORD TO TRANSFER TO EUREKA VENUE.wpd

1