IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHAM LONG, JR.,

    Plaintiff,

  v.

BRANDON HOLLIMAN, and MICHAEL WRIGHT, individually and d/b/a M&M WRIGHT TRUCKING,

    Defendants.

No. C 09-05980 WHA

**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Good cause not shown, plaintiff's request to appear at the case management conference by telephone is **DENIED**. The courtroom telephone does not make it feasible to conduct telephone conferences.

**IT IS SO ORDERED.**

Dated: February 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE